

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wensley Stephens and All Occupants, 9370 FM 349, Longview, Texas 75603, Appellants

No. 06-23-00018-CV      v.

Debra Loyd, Independent Executor of the Estate of German Brancha Loyd, Deceased, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2023-0008-C). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Wensley Stephens and All Occupants, 9370 FM 349, Longview, Texas 75603, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 23, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk